**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DANIEL DEWOSKIN, on behalf of himself and all others similarly situated, </br></br>Plaintiff,</br></br>v.</br></br>DESERT LAKE GROUP, LLC, a Utah limited liability company, d/b/a First Class Herbalist CBD, and</br></br>DARIN TOONE,</br></br>Defendants. | **CIVIL ACTION</br>FILE NO.   1:20-cv-00806-WMR** |

**MOTION TO DISMISS COMPLAINT AS TO DARIN TOONE**

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6), Defendant Darin Toone respectfully moves this Court for dismissal with prejudice of all claims asserted against him in Plaintiff's Complaint.  Plaintiff's claims against Toone should be dismissed pursuant to Fed. R. 12(b)(1), 12(b)(2), and 12(b)(6) for lack of standing, lack of personal jurisdiction, and failure to state a claim upon which relief can be granted.  The grounds in support of Defendant Toone's Motion to Dismiss are set forth in the Memorandum in Support filed contemporaneously herewith.

Respectfully submitted this 28th day of May, 2020.

           */s/ David. B. Carpenter*
           Derin B. Dickerson
           Georgia Bar No. 220620
           David B. Carpenter
           Georgia Bar No. 292101
           Kristi Ramsay
           Georgia Bar No. 964749
           Fiona O'Carroll
           Georgia Bar. No. 442663
           Alston & Bird LLP
           1201 West Peachtree Street
           Atlanta, GA  30309-3424
           Telephone:  404-881-7000
           derin.dickerson@alston.com
           david.carpenter@alston.com
           kristi.ramsay@alston.com
           fiona.ocarroll@alston.com
           *Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DANIEL DEWOSKIN, on behalf of himself and all others similarly situated, )<br>)<br>) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | **NO.1:20-CV-0806-WMR** |
| ) | |
| v. ) | |
| ) | |
| DESERT LAKE GROUP, LLC, a Utah limited liability company, d/b/a First Class Herbalist CBD, and )<br>)<br>) | |
| ) | |
| DARIN TOONE, ) | |
| ) | |
| Defendants. ) | |

## **LOCAL RULE 7.1D CERTIFICATION**

In accordance with L.R. 7.1D, the undersigned counsel hereby certifies that, consistent with L.R. 5.1C, the foregoing document was prepared in Times New Roman font, 14 point.

This 28th day of May, 2020.

*/s/ David. B. Carpenter*
David B. Carpenter

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DANIEL DEWOSKIN, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>DESERT LAKE GROUP, LLC, a Utah limited liability company, d/b/a First Class Herbalist CBD, and )<br><br>DARIN TOONE, )<br><br>Defendants. ) | **CIVIL ACTION<br>FILE NO.  1:20-cv-00806-WMR** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Justin T. Holcombe
Kris K. Skaar
SKAAR & FEAGLE, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189
Tel: (770) 427-5600
Fax: (404) 601-1855
jholcombe@skaarandfeagle.com
kskaar@skaarandfeagle.com

James M. Feagle
Cliff R. Dorsen
SKAAR & FEAGLE, LLP
2374 Main Street, Suite B
Tucker, Georgia 30084
Tel: (404) 373-1970
Fax: (404) 601-1855
jfeagle@skaarandfeagle.com
cdorsen@skaarandfeagle.com

Alexander H. Burke
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Tel: (312) 729-5288
ABurke@Burkelawllc.com
*Admitted pro hac vice*

*Attorneys for Plaintiff*

This 28th day of May, 2020.

                                              */s/ Kristi Ramsay*
                                              Kristi Ramsay