UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL DEWOSKIN,<br>on behalf of himself and all others<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DESERT LAKE GROUP, LLC,<br>a Utah limited liability company,<br>d/b/a First Class Herbalist CBD, and<br><br>DARIN TOONE,<br><br>    Defendants. | Civil Action File No.<br><br>1:20-cv-00806-WMR |

**MOTION TO DISMISS DEFENDANT DESERT LAKE GROUP, LLC**

COMES NOW Plaintiff, pursuant to Fed. R. Civ. P. 21 and requests this court dismiss Defendant Desert Lake Group, LLC without prejudice due to its pending bankruptcy. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."). Plaintiff seeks to drop Defendant Desert Lake Group, LLC as a party to ensure than any action taken by this Court or by the State Court of DeKalb County, Georgia with respect to non-bankrupt parties does not prejudice the rights of the bankruptcy estate.

-2-

Accordingly, Plaintiff respectfully requests this Court to dismiss Defendant Desert Lake Group, LLC without prejudice.

Respectfully submitted,

>
> **SKAAR & FEAGLE, LLP**
>
> by: */s/ Justin T. Holcombe*
> Justin T. Holcombe
> Georgia Bar No. 552100
> jholcombe@skaarandfeagle.com
> Kris Skaar
> Georgia Bar No. 649610
> kskaar@skaarandfeagle.com
> 133 Mirramont Lake Drive
> Woodstock, GA  30189
> 770 / 427-5600
> 404 / 601-1855 fax
>
> **BURKE LAW OFFICES, LLC**
>
> Alexander H. Burke*
> aburke@burkelawllc.com
> 155 N. Michigan Ave., Suite 9020
> Chicago, IL 60601
> 312 / 729-5288
> 312 / 729-5289 fax
> * admitted *pro hac vice*
> *Counsel for Plaintiff*

-2-