IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DANIEL DEWOSKIN,                              :
on behalf of himself and all others          :
similarly situated,                          :
                                             :
        Plaintiff,                           :      Civil Action File No.
                                             :      1:20-cv-00806-WMR
v.                                           :
                                             :
DARIN TOONE,                                 :
                                             :
        Defendant.                           :
_____        :

## NOTICE OF SETTLEMENT AND
## REQUEST TO ADMINISTRATIVELY CLOSE CASE

COME NOW Plaintiff, DANIEL DEWOSKIN ("Plaintiff"), by and through

counsel, and hereby informs the Court that the parties have reached an agreement

to resolve this matter.

Plaintiff anticipates that the completion and performance of the terms of the

settlement agreement will be completed within 120 days of the date of this notice,

at which time the parties can file a Stipulation of Dismissal.

WHEREFORE, Plaintiff respectfully requests that the Court

administratively close the case and to stay all deadlines in the case for 120 days to

allow the parties to finalize the settlement documentation.

Respectfully submitted,

SKAAR & FEAGLE, LLP

By:     */s/ Justin T. Holcombe*
        Justin T. Holcombe
        Georgia Bar No. 552100
        jholcombe@skaarandfeagle.com
        Kris Skaar
        Georgia Bar No. 649610
        kskaar@skaarandfeagle.com
        133 Mirramont Lake Drive
        Woodstock, GA 30189
        Tel:   (770) 427-5600
        Fax:   (404) 601-1855

        James M. Feagle
        Georgia Bar No. 256916
        jfeagle@skaarandfeagle.com
        Cliff R. Dorsen
        Georgia Bar No. 149254
        cdorsen@skaarandfeagle.com
        2374 Main Street, Suite B
        Tucker, GA 30084
        Tel:   (404) 373-1970
        Fax:   (404) 601-1855

        Alexander H. Burke (*pro hac vice*)
        BURKE LAW OFFICES, LLC
        155 N. Michigan Ave., Suite 9020
        Chicago, IL 60601
        (312)729-5288
        ABurke@BurkeLawLLC.com

        ***Attorneys for Plaintiff***

2